UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCHANT IVORY PRODUCTIONS, LTD., MERCHANT IVORY PRODUCTIONS (USA), INC., THE BOSTONIANS PRODUCTIONS, LTD., MERCHANT IVORY PRODUCTIONS (an Indian entity), JAMES IVORY and ACKMA RECOVERY, LLC, | Civil Action No. 12 Civ. 6325 (GBD)  STIPULATION OF DISMISSAL WITH PREJUDICE |
| Plaintiffs, | |
| —*against*— | |
| JANUS FILMS, LLC, a/k/a JANUS FILMS COMPANY, a/k/a CRITERION FILMS, | |
| Defendant. | |
| JANUS FILMS COMPANY, LP, s/h/a "JANUS FILMS, LLC, a/k/a JANUS FILMS COMPANY, a/k/a CRITERION FILMS," | |
| Third Party Plaintiff, | |
| —*against*— | |
| HANWAY FILMS, LIMITED, | |
| Third Party Defendant | |

**IT IS HEREBY STIPULATED AND AGREED,** by, between and among counsel for all named parties herein, pursuant to Rule 41(a)(1)(A)(ii), ***Fed.R.Civ.Proc.,*** that the within action, including all claims, defenses, counterclaims, cross claims and third party claims which were or could have been interposed therein, be, and the same hereby is, DISMISSED, with prejudice. The parties shall bear their respective costs and attorney's fees.

Dated: New York, New York
       May 24, 2013

| | |
|---|---|
| **JACOBS & BURLEIGH, LLP**<br>Attorneys for Plaintiffs Merchant Ivory Productions, Ltd., Merchant Ivory Productions (USA), Inc., the Bostonians Productions, Ltd., Merchant Ivory Productions (An Indian Entity) and James Ivory<br><br>By:  s/Zeynel Karcioglu<br>      Zeynel Karcioglu, Esq.<br><br>**MERLE, BROWN & NAKAMURA, P.C.**<br>Attorneys for Plaintiffs Merchant Ivory Productions, Ltd., Merchant Ivory Productions (USA), Inc., the Bostonians Productions, Ltd., Merchant Ivory Productions (An Indian Entity) and James Ivory<br><br>By:  s/Stephen Nakamura<br>      Stephen Nakamura, Esq.<br><br>**LAW OFFICE OF EZRA DONER**<br>Attorneys for Plaintiff ACKMA Recovery, LLC<br><br>By:  s/Ezra Doner<br>      Ezra Doner, Esq. | **ULLMAN, FURHMAN & PLATT, P.C.**<br>Attorneys for Defendant, Third Party Plaintiff Janus Films Company, LP, s/h/a "Janus Films, LLC, a/k/a Janus Films Company, a/k/a Criterion Films"<br><br>By:  s/Jeffrey D. Ullman<br>      Jeffrey D. Ullman, Esq.<br><br>**DAVIS WRIGHT TREMAINE**<br>Attorneys for Third Party Defendant Hanway Films, Limited<br><br>By:  s/Elizabeth A. McNamara<br>      Elizabeth A. McNamara, Esq. |