UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCHANT IVORY PRODUCTIONS, LTD., MERCHANT IVORY PRODUCTIONS (USA), INC., THE BOSTONIANS PRODUCTIONS, LTD., MERCHANT IVORY PRODUCTIONS (an Indian entity), JAMES IVORY and ACKMA RECOVERY, LLC,<br><br>Plaintiffs,<br><br>—against—<br><br>JANUS FILMS, LLC, a/k/a JANUS FILMS COMPANY, a/k/a CRITERION FILMS,<br><br>Defendant.<br><br>JANUS FILMS COMPANY, LP, s/h/a "JANUS FILMS, LLC, a/k/a JANUS FILMS COMPANY, a/k/a CRITERION FILMS,"<br><br>Third Party Plaintiff,<br><br>—against—<br><br>HANWAY FILMS, LIMITED,<br><br>Third Party Defendant | Civil Action No. 12 Civ. 6325 (GBD)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED,** by, between and among counsel for all named parties herein, pursuant to Rule 41(a)(1)(A)(ii), *Fed.R.Civ.Proc.,* that the within action, including all claims, defenses, counterclaims, cross claims and third party claims which were or could have been interposed therein, be, and the same hereby is, DISMISSED, with prejudice. The parties shall bear their respective costs and attorney's fees.

Dated: New York, New York
May 24, 2013

**JACOBS & BURLEIGH, LLP**
Attorneys for Plaintiffs Merchant Ivory Productions, Ltd., Merchant Ivory Productions (USA), Inc., the Bostonians Productions, Ltd., Merchant Ivory Productions (An Indian Entity) and James Ivory

By: ___s/Zeynel Karcioglu___
        Zeynel Karcioglu, Esq.

**MERLE, BROWN & NAKAMURA, P.C.**
Attorneys for Plaintiffs Merchant Ivory Productions, Ltd., Merchant Ivory Productions (USA), Inc., the Bostonians Productions, Ltd., Merchant Ivory Productions (An Indian Entity) and James Ivory

By: ___s/Stephen Nakamura___
        Stephen Nakamura, Esq.

**LAW OFFICE OF EZRA DONER**
Attorneys for Plaintiff ACKMA Recovery, LLC

By: ___s/Ezra Doner___
        Ezra Doner, Esq.

**ULLMAN, FURHMAN & PLATT, P.C.**
Attorneys for Defendant, Third Party Plaintiff Janus Films Company, LP, s/h/a "Janus Films, LLC, a/k/a Janus Films Company, a/k/a Criterion Films"

By: ___s/Jeffrey D. Ullman___
        Jeffrey D. Ullman, Esq.

**DAVIS WRIGHT TREMAINE**
Attorneys for Third Party Defendant Hanway Films, Limited

By: ___s/Elizabeth A. McNamara___
        Elizabeth A. McNamara, Esq.

MAY 29 2013
**SO ORDERED:**

_/s/ George B. Daniel_
U.S.D.J.
**HON. GEORGE B. DANIELS**